█ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT ZIOLOWSKI, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent.—Appeal unanimously dismissed as moot. (See *People ex rel. Wilder v Markley,* 26 NY2d 648.) If we were to reach the merits of this appeal, we would affirm. (Appeal from judgment of Wyoming Supreme

Court—habeas corpus.) Present—Marsh, P. J., Moule, Simons, Dillon and Witmer, JJ.